# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY CAMACHO,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | NO:  13-CV-3002-TOR<br><br>ORDER TO REMAND |

      BEFORE THE COURT is the parties' Stipulated Motion to Remand (ECF No. 24).  Based on the parties' stipulation, this case is remanded to the Commissioner of Social Security for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion to Remand (ECF No. 24) is **GRANTED**.  The Commissioner's decision regarding Plaintiff's application is **REVERSED** and **REMANDED** to the Commissioner of Social Security for

ORDER TO REMAND ~ 1

a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further develop the record with a *de novo* hearing, and Plaintiff may raise any issue; the ALJ will only consider the period prior to the established onset date of December 9, 2004; the ALJ will take testimony from a medical expert, who can opine on the onset date of Plaintiff's disabling heart condition, and continue the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary; the ALJ will issue a new decision.

2. If and when appropriate, Plaintiff may file by separate motion an application for attorney's fees and costs under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

3. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** October 18, 2013.



THOMAS O. RICE
United States District Judge

ORDER TO REMAND ~ 2