# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| MARY CAMACHO, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-CV-3002-TOR |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Judgment is entered in favor of Plaintiff Mary Camacho.
Pursuant to sentence four of 42 U.S.C. § 405(g), this action is REVERSED and REMANDED to the Commissioner for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE    on Stipulated Motion To Remand (ECF No. 24).

Date: October 18, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
(By) Deputy Clerk

Linda L. Hansen